IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>WILLIAM QUILLEN, )<br>    Defendants. ) | Criminal No. 02-3 Erie |

## AMENDED JUDGMENT

_____AND NOW, this 30th day of May, 2007,

IT IS HEREBY ORDERED that the original Judgment entered on July 23, 2002 is amended as follows:

> The Courts recommends to the Bureau of Prisons
> that this Defendant be incarcerated as close to
> Sylvester, Georgia as possible.

IT IS FURTHER ORDERED that all other aspects of the original judgment remain in full force and affect.

 

_____
Sean J. McLaughlin
United States District Judge

cc: all parties of record.nmk
    Probation/Pretrial
    BOP